# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD W. WERTZ, III, <br> Plaintiff, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| DEBORAH RYAN, in her official capacity as District Attorney of Chester County, <br> Defendant. | : <br> : <br> : <br> : | No. 21-2129 |

## ORDER

AND NOW, this **12th** day of **January 2022**, upon consideration of Defendant District Attorney ("DA") Deborah Ryan's Motion to Dismiss, Plaintiff Richard W. Wertz, III's opposition thereto, and DA Ryan's reply thereon; as well as Wertz's Motion to Convert to Motion Under Rules 56 / 12(b)(1), DA Ryan's opposition thereto, and Wertz's reply thereon; and for the reasons stated in the Court's Memorandum dated January 12, 2022, it is hereby **ORDERED** that:

1. DA Ryan's Motion to Dismiss (Document No. 6) is **GRANTED**.
2. Wertz's Motion to Convert (Document No. 13) is **DENIED**.
3. The Complaint is **DISMISSED with prejudice**. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**